**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

GEORGE EDWARDS
REG. #23567-001                                                                   PETITIONER

VS.                    CASE NO.: 2:07CV00157 BSM/JTR

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas;
UNITED STATES PAROLE
COMMISSION                                                  RESPONDENTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this  11th  day of June, 2008.


*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE