**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

| | |
|---|---|
| GEORGE EDWARDS<br>REG. #23567-001 | PETITIONER |
| VS.        CASE NO.: 2:07CV00157 BSM/JTR | |
| T.C. OUTLAW, Warden,<br>FCI, Forrest City, Arkansas;<br>UNITED STATES PAROLE<br>COMMISSION | RESPONDENTS |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 11th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE